## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

NIKESHIA KNIGHT

No. 1:24-cr-00069-JAW

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves a felony involving firearms.

2. Reasons for Detention:

    The court should detain the defendant because there are no other conditions of release which will reasonably assure the safety of any other person and the community.

3. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to 3 days.

4. Length of Detention Hearing. The United States will require 1/2 hour to present its case for detention.

Date: September 25, 2024

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

/s/ Andrew McCormack
Andrew McComack
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, ME 04401
(207) 945-0373
andrew.mccormack@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 25, 2024, I electronically filed the Detention Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Daniel Dube, Esq., <u>dan@themainelawyer.com</u>

DARCIE N. MCELWEE
United States Attorney

<u>/s/ Andrew McCormack</u>
Andrew McCormack
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, ME 04401
(207) 945-0373
andrew.mccormack@usdoj.gov