UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIKESHIA KNIGHT | Criminal No. 1:24-CR-00069-JAW |

PROSECUTION VERSION

On about June 16, 2022, within the District of Maine, the defendant, **NIKESHIA KNIGHT** aided, abetted, counseled, commanded, and induced another individual ("Individual 1") to knowingly make false statements and representations to A&G Shooting Supply, Fairfield, Maine, a Federally Licensed Firearms Dealer ("FFL") licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the FFL's records.

Specifically, on July 12, 2022, a Glock, model 48, 9mm pistol, was recovered following an arrest in Salem, Massachusetts.  An ATF Trace Summary revealed that Individual 1 had purchased the firearm from A&G Shooting Supply in Fairfield, Maine on June 30, 2022.  ATF subsequently contacted A&G Shooting Supply and was provided with a copy of the ATF Form 4473 associated with the purchase.  A&G Shooting Supply also provided ATF with a 4473 associated with another purchase made by Individual 1 on June 16, 2022.  The firearm purchased on June 16, 2022 was a Century CUGIR, model Micro Draco, 7.62X39 caliber pistol, serial number 22PMD-28762,

Based on additional investigation, law enforcement determined that the defendant may have been involved with the June 16, 2022 purchase. Therefore, on June 21 and June 22, 2023, the defendant was interviewed by ATF. During these recorded interviews, which were Mirandized, the defendant admitted that she had Individual 1 purchase a firearm for her. The defendant said she couldn't purchase the firearm herself because she was "in the middle of dealing with a case" and would not have successfully passed a background check.

The defendant stated she provided money to Individual 1 to purchase the firearm from A&G Shooting Supply. As a result, Individual 1 executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Forms 4473, Firearms Transaction Records, falsely in connection with Individual 1's purchase of a Century CUGIR, model Micro Draco, 7.62 x 39 caliber pistol, serial number 22PMD-28762, from A&G Shooting Supply in Fairfield, Maine. On the Form 4473, Individual 1 misrepresented as true, correct, and complete in Section B, Box 21.a, that Individual 1 was the actual transferee/buyer of the firearm, and was not buying the firearm on behalf of another person, when in fact, Individual 1 purchased the firearm at the direction of, and with funds provided by, the defendant. After Individual 1 purchased the firearm, he was provided with fentanyl by the defendant.

A subpoena return from a TextNow telephone number used by the defendant revealed that Individual 1 had been in touch with this telephone number 235 times between June 16, 2022 and September 2, 2022. Specifically, on June 16, 2022, the defendant had several communications with Individual 1. In addition, on that same day, the same TextNow telephone number had several calls with A&G Shooting Supply (the

FFL where Individual 1 purchased a gun for the defendant).  Further, a search warrant for TextNow revealed text messages between the defendant and Individual 1 on June 16, 2022 where the defendant is directing Individual 1 to purchase a firearm.

If this matter had proceeded to trial, the government would present the following evidence: (1) the recorded interviews of the defendant; (2) the forms filled out by Individual 1 at A&G Shooting Supply; and (3) the subpoena and search warrant results for the TextNow telephone number associated with the defendant.

Dated: October 23, 2024                               Respectfully submitted,

                                                      DARCIE N. MCELWEE
                                                      United States Attorney


                                                      **/S/ ANDREW MCCORMACK**
                                                      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2024, I electronically filed the forgoing Prosecution Version with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Daniel Dube, Esq.

                                           Darcie N. McElwee
                                           United States Attorney

                By:    /s/Andrew McCormack
                         Assistant U.S. Attorney
                         United States Attorney's Office
                         202 Harlow Street
                         Bangor, ME 04401
                         (207) 945-0373
                         Andrew.mccormack@usdoj.gov